

# Fourth Court of Appeals
## San Antonio, Texas

December 8, 2020

No. 04-20-00473-CV

**ATLAS TOWING AND STORAGE, LLC**,
Appellants

v.

**OTR LEASING, LLC**,
Appellee

From the County Court at Law No. 9, Bexar County, Texas
Trial Court No. 2020CV00757
Honorable Gloria Saldana, Judge Presiding

# O R D E R

On October 7, 2020, the clerk's record was filed in this appeal. On October 14, 2020, the court reporter filed a notification of late record, stating that there was no hearing in the trial court and, therefore, there was no reporter's record in this appeal. Accordingly, appellant's brief was due on or before November 13, 2020. To date, neither appellant's brief nor a motion for extension of time to file appellant's brief has been filed.

We, therefore, **ORDER** appellant to file, on or before **December 22, 2020**, its appellant's brief and a written response reasonably explaining (1) its failure to timely file the brief and (2) why appellee is not significantly injured by appellant's failure to timely file its brief. If appellant fails to file its brief or a motion for extension of time to file its brief and the written explanation by the date ordered, **this appeal will be dismissed for want of prosecution**. *See* TEX. R. APP. P. 38.8(a) (authorizing appellate courts to dismiss an appeal for want of prosecution when an appellant fails to timely file a brief); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if an appellant fails to comply with a court order).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of December, 2020.



Michael A. Cruz,
Clerk of Court